

FILED by ____ D.C.
ELECTRONIC

**FEB 20, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.   08-80145-CR-HURLEY(s)

18 U.S.C. § 371
18 U.S.C. § 1591(a)(1)
8 U.S.C. § 1328
8 U.S.C. § 1324(a)(1)(A)(v)(1)
8 U.S.C. § 1324(a)(1)(A)(iii)
18 U.S.C. § 1028(a)(1)
18 U.S.C. § 1546(a)
18 U.S.C. § 1028A
8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

vs.

ARTURO ROJAS-GONZALEZ,
TIMOTEO REYES-PEREZ,
ELODIA CAPILLA-DIEGO,
    a/k/a "Ester,"
SERGIO GONZALEZ-RAMOS,
RAYMUNDA TORRES,
and MARCELINO BERDUO-LOPEZ,
    a/k/a "Oscar Lopez,"
    a/k/a "Angel,"
    a/k/a "Gregorio Sanchez-DeLeon,"

Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times material to this criminal indictment:

1.    Defendants **ARTURO ROJAS-GONZALEZ**, **TIMOTEO REYES-PEREZ**, and **ELODIA CAPILLA-DIEGO**, a/k/a Ester, are Mexican nationals.   Defendant **SERGIO GONZALEZ-RAMOS** is a Guatemalan national, and his wife, defendant **RAYMUNDA TORRES**,

is a Mexican national with a temporary United States visa.  Defendant **MARCELINO BERDUO-LOPEZ, a/k/a Oscar Lopez, a/k/a Angel, a/k/a "Gregorio Sanchez-DeLeon,** is a Guatemalan national.

　　　2.　　　Y.B. is a fifteen year old female and was illegally present in the United States at all times relevant to this Indictment.

### COUNT 1

　　　3.　　　Paragraphs 1 and 2 are re-alleged and incorporated as though fully set forth herein.

　　　4.　　　Beginning on at least as early as October 2007, the exact date being unknown to the Grand Jury, and continuing through on or about September 5, 2008, in Palm Beach and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

**ARTURO ROJAS-GONZALEZ,**
**TIMOTEO REYES-PEREZ,**
**ELODIA CAPILLA-DIEGO,**
**a/k/a "Ester,"**
**SERGIO GONZALEZ-RAMOS,**
**RAYMUNDA TORRES, and**
**MARCELINO BERDUO-LOPEZ,**
**a/k/a "Oscar Lopez,"**
**a/k/a "Angel,"**
**a/k/a "Gregorio Sanchez-DeLeon,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and  with others known and unknown to the Grand Jury, to commit certain offenses against the United States, specifically:

　　　(a)　　　to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor transport, provide, and obtain by any means a person knowing that the person had not

2

attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2);

(b)    to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person knowing that force, fraud, and coercion, as described in Title 18, United States Code, Section 1591(c)(2), would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1); and

(c)    to knowingly, directly and indirectly, import into the United States any alien for the purpose of prostitution and any other immoral purpose and hold, keep, maintain, control, support, employ, and harbor in any house and other place, for the purpose of prostitution and any other immoral purpose, such alien in pursuance of such illegal importation, in violation of Title 8, United States Code, Section 1328.

## OBJECT OF THE CONSPIRACY

5.    The object of the conspiracy was for the defendants to unjustly enrich themselves and profit by housing and transporting illegal female aliens for the purpose of prostitution.

## MANNER AND MEANS USED TO ACCOMPLISH THE CONSPIRACY

6.    It was part of the conspiracy that conspirators smuggled females into the United States for the purpose of having them engage in prostitution in the Southern District of Florida, and elsewhere.

7.    It was further part of the conspiracy that the conspirators forced the illegal female aliens to prostitute themselves by keeping them in houses of prostitution, known as brothels, and in "stash" houses. Stash houses are locations where the conspirators lived and where the conspirators

3

would receive phone calls from male clients (hereinafter referred to as "johns"), who would purchase the sexual services of the women.

8.      It was further part of the conspiracy that after conspirators kept the illegal female aliens in various locations throughout the Southern District of Florida, and elsewhere, the conspirators forced the women to provide sexual services to numerous men per night and sometimes hundreds of men per week.

9.      It was further part of the conspiracy that the conspirators would wire transfer some of the illegally obtained funds from the prostitution of the women to individuals outside of the United States.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish the objects thereof, at least one of the conspirators committed and caused to be committed at least one of the following overt acts, among others, in the Southern District of Florida, and elsewhere:

10.     In or around October 2007, within two months of meeting Y.B., **TIMOTEO REYES-PEREZ** married Y.B. in Mexico.

11.     In or around October 2007, **TIMOTEO REYES-PEREZ** smuggled Y.B. into the United States from Mexico.

12.     In or around February 2008, **TIMOTEO REYES-PEREZ** transported Y.B. to Kendall, Florida, where they lived with **ARTURO ROJAS-GONZALEZ**.

13.     In or around May 2008, **ARTURO ROJAS-GONZALEZ** and **TIMOTEO REYES-PEREZ** arranged for Y.B. to work at a brothel that was located at 1704 Lake Avenue in West Palm Beach, Florida.

4

14.     In or around May 2008, **ARTURO ROJAS-GONZALEZ** transported Y.B. to the brothel located at 1704 Lake Avenue in West Palm Beach, Florida.

15.     In or around May 2008, **SERGIO GONZALEZ-RAMOS** and **RAYMUNDA TORRES** operated the brothel located at 1704 Lake Avenue in West Palm Beach, Florida.

16.     In or around May 2008, **SERGIO GONZALEZ-RAMOS** and **RAYMUNDA TORRES** paid Y.B. for sexual services she performed on johns.

17.     In or around May 2008, **TIMOTEO REYES-PEREZ** repeatedly called Y.B. on her cellular phone to inquire about the amount of money she was making.

18.     In or around May 2008, **TIMOTEO REYES-PEREZ** collected a portion of the money that Y.B. had earned at the 1704 Lake Avenue brothel.

19.     In or around July 2008, **ELODIA CAPILLA-DIEGO** housed Y.B. at a stash house located at 805 Bradley Street, Apartment B, in West Palm Beach, Florida.

20.     In or around July 2008, **ELODIA CAPILLA-DIEGO** drove Y.B. to johns' homes for prostitution.

21.     In or around July 2008, **ELODIA CAPILLA-DIEGO** paid Y.B. for prostitution.

22.     In or around July 2008, **MARCELINO BERDUO-LOPEZ,** housed Y.B. at a stash house located in West Palm Beach, Florida.

23.     In or around July 2008, **MARCELINO BERDUO-LOPEZ,** drove Y.B. to brothels and johns' homes for prostitution.

24.     In or around July 2008, **MARCELINO BERDUO-LOPEZ,** paid Y.B. for prostitution.

5

25.     On or about March 19, 2008, **SERGIO GONZALEZ-RAMOS** wired money to Guatemala.

All in violation of Title 18, United State Code, Section 371.

## COUNTS 2-6

On or about the dates enumerated as to each count below, in Palm Beach and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants identified below as to each count, did knowingly in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person, that is Y.B., knowing that Y.B. had not obtained the age of 18 years to engage in a commercial sex act:

| COUNT | DEFENDANT | DATES |
|-------|-----------|-------|
| 2 | **ARTURO ROJAS-GONZALEZ** | In or around February 2008 and continuing through on or about September 5, 2008. |
| 3 | **TIMOTEO REYES-PEREZ** | In or around October 2007 and continuing through on or about September 5, 2008. |
| 4 | **ELODIA CAPILLA-DIEGO** | In or around July 2008. |
| 5 | **SERGIO GONZALEZ-RAMOS** | In or around May 2008. |
| 6 | **RAYMUNDA TORRES** | In or around May 2008. |

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and 2.

6

## COUNTS 7-11

On or about the dates enumerated as to each count below, in Palm Beach and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants identified below as to each count, did knowingly in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person, that is Y.B., knowing that force, fraud, and coercion, as described in Title 18, United States Code, Section 1591(c)(2), would be used to cause Y.B. to engage in a commercial sex act:

| COUNT | DEFENDANT | DATES |
|-------|-----------|-------|
| 7 | **ARTURO ROJAS-GONZALEZ** | In or around February 2008 and continuing through on or about September 5, 2008. |
| 8 | **TIMOTEO REYES-PEREZ** | In or around October 2007 and continuing through on or about September 5, 2008. |
| 9 | **ELODIA CAPILLA-DIEGO** | In or around July 2008. |
| 10 | **SERGIO GONZALEZ-RAMOS** | In or around May 2008. |
| 11 | **RAYMUNDA TORRES** | In or around May 2008. |

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 2.

7

## COUNTS 12-16

On or about the dates enumerated as to each count below, in Palm Beach and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants identified below as to each count, did knowingly, directly and indirectly, import into the United States any alien, that is Y.B., for the purpose of prostitution and any other immoral purpose and hold, keep, maintain, control, support, employ, and harbor in any house and other place, for the purpose of prostitution and any other immoral purpose, such alien in pursuance of such illegal importation:

| COUNT | DEFENDANT | DATES |
|---|---|---|
| 12 | ARTURO ROJAS-GONZALEZ | In or around February 2008 and continuing through on or about September 5, 2008. |
| 13 | TIMOTEO REYES-PEREZ | In or around October 2007 and continuing through on or about September 5, 2008. |
| 14 | ELODIA CAPILLA-DIEGO | In or around July 2008. |
| 15 | SERGIO GONZALEZ-RAMOS | In or around May 2008. |
| 16 | RAYMUNDA TORRES | In or around May 2008. |

In violation of Title 8, United States Code, Section 1328 and Title 18, United States Code, Section 2.

8

## COUNT 17

Beginning on at least as early as October 2007, the exact date being unknown to the Grand Jury, and continuing through on or about September 5, 2008, in Palm Beach and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

**ARTURO ROJAS-GONZALEZ,**
**TIMOTEO REYES-PEREZ,**
**ELODIA CAPILLA-DIEGO,**
**a/k/a "Ester,"**
**SERGIO GONZALEZ-RAMOS, and**
**RAYMUNDA TORRES,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to commit certain offenses against the United States, that is, to knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, conceal, harbor, and shield from detection, an alien in any place, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(1).

9

## COUNTS 18-22

1.      On or about the dates enumerated as to each count below, in Palm Beach and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants identified below as to each count, did knowingly and in reckless disregard of the fact that Y.B. had come to, entered, and remained in the United States in violation of law, conceal, harbor, and shield from detection, and attempted to conceal, harbor, and shield from detection, Y.B. in any place, and did so for the purpose of commercial advantage and private financial gain:

| COUNT | DEFENDANT | DATES |
|-------|-----------|-------|
| 18 | **ARTURO ROJAS-GONZALEZ** | In or around February 2008 and continuing through on or about September 5, 2008. |
| 19 | **TIMOTEO REYES-PEREZ** | In or around October 2007 and continuing through on or about September 5, 2008. |
| 20 | **ELODIA CAPILLA-DIEGO** | In or around July 2008. |
| 21 | **SERGIO GONZALEZ-RAMOS** | In or around May 2008. |
| 22 | **RAYMUNDA TORRES** | In or around May 2008. |

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

10

## COUNT 23

From in or around January 2008 through in or around November 2008, the exact dates being unknown to the Grand Jury, in Palm Beach County, in the Southern District of Florida, and elsewhere, the Defendant,

**MARCELINO BERDUO-LOPEZ,**
**a/k/a "Oscar Lopez,"**
**a/k/a "Angel,"**
**a/k/a "Gregorio Sanchez-DeLeon,"**

did knowingly, in and affecting interstate and foreign commerce, harbor, transport, provide, and obtain by any means a person, that is, a seventeen-year old female with the initials A.D., knowing that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act as defined in 18 U.S.C. § 1591(c)(1); in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and 2.

## COUNT 24

On or about November 25, 2008, in Palm Beach County, in the Southern District of Florida, the defendant,

**MARCELINO BERDUO-LOPEZ,**
**a/k/a "Oscar Lopez,"**
**a/k/a "Angel,"**
**a/k/a "Gregorio Sanchez-DeLeon,"**

did knowingly and without lawful authority produce a false identification document, that is, a Social Security card in the name of "Pedro Milian" and bearing Social Security number XXXXX9139, that false identification document appearing to be issued by or under the authority of the United States; in violation of Title 18, United States Code, Section 1028(a)(1) and (b)(1)(A)(I).

## COUNT 25

On or about November 26, 2008, in Palm Beach County, in the Southern District of Florida, the defendant,

### MARCELINO BERDUO-LOPEZ,
a/k/a "Oscar Lopez,"
a/k/a "Angel,"
a/k/a "Gregorio Sanchez-DeLeon,"

did knowingly possess a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a Resident Alien card in the name of "Christopher Reztirado-Rodriguez" and bearing alien number AXXXXX5871, knowing the document to be forged, counterfeited, falsely made, or otherwise unlawfully obtained; in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 26

On or about November 26, 2008, in Palm Beach County, in the Southern District of Florida, the defendant,

### MARCELINO BERDUO-LOPEZ,
a/k/a "Oscar Lopez,"
a/k/a "Angel,"
a/k/a "Gregorio Sanchez-DeLeon,"

during and in relation to a felony violation, that is, the violation set forth in Count 25, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, alien number AXXXX5871 assigned to S.G., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

12

## COUNT 27

On or about November 26, 2008, in Palm Beach County, in the Southern District of Florida, the defendant,

### MARCELINO BERDUO-LOPEZ,
### a/k/a "Oscar Lopez,"
### a/k/a "Angel,"
### a/k/a "Gregorio Sanchez-DeLeon,"

an alien, having previously been removed and deported from the United States on or about October 6, 2007, using the name "Gregorio Sanchez-DeLeon," was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
DANIEL LAWRENCE RASHBAUM
ASSISTANT UNITED STATES ATTORNEY

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ARTURO ROJAS-GONZALEZ, et al.

Defendants.

CASE NO. ___08-80145-CR-HURLEY(s)___

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

Court Division: (Select One)

___ Miami  ___ Key West
___ FTL  _X_ WPB  ___ FTP

New Defendant(s)    Yes _X_    ___ No
Number of New Defendants    _1_
Total number of counts    _27_

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    _Yes_
    List language and/or dialect    _Spanish_

4.  This case will take    _5-7_    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)

| I | 0 to 5 days | _X_ |
| II | 6 to 10 days | ___ |
| III | 11 to 20 days | ___ |
| IV | 21 to 60 days | ___ |
| V | 61 days and over | ___ |

    (Check only one)

| Petty | ___ |
| Minor | ___ |
| Misdem. | ___ |
| Felony | _X_ |

6.  Has this case been previously filed in this District Court? (Yes or No)    _Yes_
If yes:
Judge: _Hurley_    Case No. _08-80145_
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    _Yes_
If yes:
Magistrate Case No.    _08-3488-FGT, 08-3515-FGT, 08-3527-FGT, 08-3543-CMM_
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of    _November 20, 2008_
Defendant(s) in state custody as of    _____
Rule 20 from the    _____    District of    _____

Is this a potential death penalty case? (Yes or No)    _No_

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _X_ No

DANIEL E. RASHBAUM
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500952

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: ARTURO ROJAS-GONZALEZ**

**Case No:** 08-80145-CR-HURLEY(s)

Count #1:

Conspiracy to Sex Trafficking of Children and to Import an Alien for Immoral Purposes

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #2:

Sex Trafficking of Children

Title 18, United States Code, Section 1591(a)(1)

**\*Max. Penalty:**  Life Imprisonment (mandatory minimum 10 Years' Imprisonment)

Count #7:

Sex Trafficking of Children by Force, Fraud, or Coercion

Title 18, United States Code, Section 1591(a)(1)

**\*Max. Penalty:** Life Imprisonment (mandatory minimum 15 Years' Imprisonment)

Count #12:

Importation of Alien for Immoral Purposes

Title 8, United States Code, Section 1328

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name: **ARTURO ROJAS-GONZALEZ**

Case No: __08-80145-CR-HURLEY(s)__

Count #17:

Conspiracy to Harbor Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(v)(1)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #18:

Harboring Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(iii)

**\*Max. Penalty:**   10 Years' Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

### PENALTY SHEET

Defendant's Name: TIMOTEO REYES-PEREZ

Case No: 08-80145-CR-HURLEY(s)

Count #1:

Conspiracy to Sex Trafficking of Children and to Import an Alien for Immoral Purposes

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #3:

Sex Trafficking of Children

Title 18, United States Code, Section 1591(a)(1)

**\*Max. Penalty:** Life Imprisonment (mandatory minimum 10 Years' Imprisonment)

Count #8:

Sex Trafficking of Children by Force, Fraud, or Coercion

Title 18, United States Code, Section 1591(a)(1)

**\*Max. Penalty:** Life Imprisonment (mandatory minimum 15 Years' Imprisonment)

Count #13:

Importation of Alien for Immoral Purposes

Title 8, United States Code, Section 1328

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: TIMOTEO REYES-PEREZ**

Case No: __08-80145-CR-HURLEY(s)__

Count #17:

Conspiracy to Harbor Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(v)(1)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #19:

Harboring Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(iii)

**\*Max. Penalty:**   10 Years' Imprisonment

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: ELODIA CAPILLA-DIEGO**

**Case No:** 08-80145-CR-HURLEY(s)

Count #1:

Conspiracy to Sex Trafficking of Children and to Import an Alien for Immoral Purposes

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #4:

Sex Trafficking of Children

Title 18, United States Code, Section 1591(a)(1)

**\*Max. Penalty:**   Life Imprisonment (mandatory minimum 10 Years' Imprisonment)

Count #9:

Sex Trafficking of Children by Force, Fraud, or Coercion

Title 18, United States Code, Section 1591(a)(1)

**\*Max. Penalty:** Life Imprisonment (mandatory minimum 15 Years' Imprisonment)

Count #14:

Importation of Alien for Immoral Purposes

Title 8, United States Code, Section 1328

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ELODIA CAPILLA-DIEGO

**Case No:** 08-80145-CR-HURLEY(s)

Count #17:

Conspiracy to Harbor Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(v)(1)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #20:

Harboring Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(iii)

**\*Max. Penalty:**  10 Years' Imprisonment

Count #:


**\*Max. Penalty:**

Count #:


**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: SERGIO GONZALEZ-RAMOS**

**Case No:** 08-80145-CR-HURLEY(s)

Count #1:

Conspiracy to Sex Trafficking of Children and to Import an Alien for Immoral Purposes

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #5:

Sex Trafficking of Children

Title 18, United States Code, Section 1591(a)(1)

**\*Max. Penalty:** Life Imprisonment (mandatory minimum 10 Years' Imprisonment)

Count #10:

Sex Trafficking of Children by Force, Fraud, or Coercion

Title 18, United States Code, Section 1591(a)(1)

**\*Max. Penalty:** Life Imprisonment (mandatory minimum 15 Years' Imprisonment)

Count #15:

Importation of Alien for Immoral Purposes

Title 8, United States Code, Section 1328

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: SERGIO GONZALEZ-RAMOS**

**Case No:** 08-80145-CR-HURLEY(s)

Count #17:

Conspiracy to Harbor Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(v)(1)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #21:

Harboring Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(iii)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #:


**\*Max. Penalty:**

Count #:


**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: RAYMUNDA TORRES**

**Case No:** _08-80145-CR-HURLEY(s)_

Count #1:

Conspiracy to Sex Trafficking of Children and to Import an Alien for Immoral Purposes

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #6:

Sex Trafficking of Children

Title 18, United States Code, Section 1591(a)(1)

**\*Max. Penalty:**  Life Imprisonment (mandatory minimum 10 Years' Imprisonment)

Count #11:

Sex Trafficking of Children by Force, Fraud, or Coercion

Title 18, United States Code, Section 1591(a)(1)

**\*Max. Penalty:** Life Imprisonment (mandatory minimum 15 Years' Imprisonment)

Count #16:

Importation of Alien for Immoral Purposes

Title 8, United States Code, Section 1328

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: RAYMUNDA TORRES**

**Case No:** 08-80145-CR-HURLEY(s)

Count #17:

Conspiracy to Harbor Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(v)(1)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #22:

Harboring Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(iii)

**\*Max. Penalty:**  10 Years' Imprisonment

Count #:




**\*Max. Penalty:**

Count #:




**\*Max. Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: MARCELINO BERDUO-LOPEZ**

**Case No:** 08-80145-CR-HURLEY(s)

Count #1:

Conspiracy to Sex Trafficking of Children and to Import an Alien for Immoral Purposes

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #23:

Sex Trafficking of Children

Title 18, United States Code, Section 1591

**\*Max. Penalty:** Life Imprisonment (mandatory minimum 10 Years' Imprisonment)

Count #24:

Creating a False Document

Title 18, United States Code, Section 1028(a)(1)

**\*Max. Penalty:** 15 Years' Imprisonment

Count #25:

Possessing False Immigration Documents

Title 18, United States Code, Section 1546(a)

**\*Max. Penalty:** 15 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: MARCELINO BERDUO-LOPEZ**

**Case No:**  08-80145-CR-HURLEY(s)

Count #26:

Aggravated Identity Theft

Title 18, United States Code, Section 1028A

**\*Max. Penalty:** 2 Years' Consecutive Imprisonment

Count #27:

Reentry after Deportation

Title 8, United States Code, Section 1326(a)

**\*Max. Penalty:**  2 Years' Imprisonment

Count # :




**\*Max. Penalty:**

Count # :




**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**