UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80145-CR-HURLEY(s)

UNITED STATES OF AMERICA

vs.

ARTURO ROJAS GONZALEZ, et al.,

    **Defendants.**
    _____/

## MOTION TO CONTINUE RESTITUTION HEARING

    The United States of America respectfully requests that the court continue the restitution hearing in this case that is currently scheduled for Friday, October 23, 2009. The court must determine restitution with 90 days of the defendant's sentencing. *See* 18 U.S.C. sections 1593, 3664. Because the first two defendants in this case were sentenced on August 21, 2009, the court must determine any restitution against them by November 19, 2009. Accordingly, the United States moves for a three-week continuance, through November 13, 2009. A hearing on this date still falls within the 90 day period.

    The United States asks for a continuance for the following reason. The undersigned has reached out to the attorneys for the victims. It appears that one of the victims wants to pursue restitution. However, she has not provided the government with the evidence needed to support that claim.

1

I am working with the lawyer to determine whether she can obtain the materials. So that I, and the defense attorneys, have sufficient time to review any materials that the victim may give me before a hearing, the United States respectfully requests a three-week continuance.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

By: s/Marlene Rodriguez

Marlene Rodriguez (120057)
Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9206
marlene.rodriguez@usdoj.gov

## CERTIFICATE OF SERVICE

**I CERTIFY** that on October 21, 2009, I electronically filed this document with the court using CM/ECF.

s/Marlene Rodriguez
Marlene Rodriguez
Assistant U.S. Attorney