UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80145-CR-MARRA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

TIMOTEO REYES-PEREZ,

    Defendant.
_____/

### ORDER OF TRANSFER TO CLERK

The defendant in the above-styled cause is hereby transferred to the Clerk's suspended file until such time as the above listed fugitive is apprehended.

**DONE AND ORDERED** at West Palm Beach, Florida this 28th day of October, 2009.

_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**

cc:    John McMillan, AUSA